UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MELVIN L. GILLIAM,

                    **Plaintiff,**

             **v.**                                  Civil No.6:13-cv-02111-AA

KATHERINE B. GREEN, et al.,

                    **Defendants.**

_____

## JUDGMENT

This action is dismissed.

Dated: January 30, 2014

                    MARY L. MORAN, Clerk

                    by /s/ R. Henshaw
                       R. Henshaw, Deputy Clerk

**JUDGMENT**